EDWARD RENARD, APPELLEE, V. IRA THOMAS ET AL., APPELLANTS.

FILED JANUARY 19, 1897.   No. 6961.

Appeal: LACHES: DISMISSAL. An appeal to the supreme court not taken within six months from the date of the rendition of the decree or final order sought to be reviewed will be dismissed.

APPEAL from the district court of Burt county. Heard below before FERGUSON, J. *Appeal dismissed.*

*Ira Thomas,* for appellants.

*H. H. Bowes, contra.*

NORVAL, J.

This is an appeal from a decree rendered in the court below on the 17th day of November, 1893, foreclosing a tax lien. The transcript was filed in this court, and the appeal docketed, on May 18, 1894, which was more than six months after the rendition of the decree; hence this court has no jurisdiction of the cause. (*Verges v. Roush,* 1 Neb., 113; *Glore v. Hare,* 4 Neb., 131; *Schuyler v. Hanna,* 28 Neb., 601; *Fitzgerald v. Brandt,* 36 Neb., 683; *Withnell v. City of Omaha,* 37 Neb., 621; *Omaha Loan & Trust Co. v. Ayer,* 38 Neb., 891.) The appeal is accordingly

DISMISSED.